**VEOLIA WATER INDIANAPOLIS, LLC, City of Indianapolis, Department of Waterworks, and City of Indianapolis, Appellants (Defendants below),**

v.

**NATIONAL TRUST INSURANCE COMPANY and FCCI Insurance Company a/s/o Ultra Steak, Inc. d/b/a Texas Roadhouse, Appellees (Plaintiffs below).**

No. 49S04–1301–PL–00008.

Supreme Court of Indiana.

July 9, 2014.

Matthew W. Melton, Cynthia E. Lasher, Peter A. Schroeder, Indianapolis, IN, Attorneys for Appellant Veolia Water Indianapolis, LLC.

Karl L. Mulvaney, Brian W. Welch, Carl A. Hayes, Indianapolis, IN, Attorneys for Appellants City of Indianapolis, Department of Waterworks and City of Indianapolis.

Robert A. Smith, Ary Avnet, Noblesville, IN, Attorneys for Appellees.

On Petition for Rehearing

DAVID, Justice.

Veolia seeks rehearing and asks this Court to determine whether the Insurers are third-party beneficiaries to the Management Agreement between Veolia and the City of Indianapolis. We now grant rehearing. As to all issues not expressly addressed in our principal opinion, the Court of Appeals is summarily affirmed pursuant to Ind. Appellate Rule 58(A)(2).

DICKSON, C.J., RUCKER, MASSA, and RUSH, J.J., concur.